
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CURTIS S. CRUMBLEY,

    Petitioner,

-vs-                                                Case No.  8:04-CV-427-T-30MAP

JAMES V. CROSBY, JR., et al,

    Respondents.

_____/

**ORDER**

    THIS matter comes before the Court for consideration of Petitioner's Notice of Appeal (Dkt. 41) of the November 16, 2006 order denying his Motion for Leave to File an Addendum to the Amended Habeas Corpus Accecpt [sic] on October 27, 2004, *see* Dkt. 40, which the Court construed as a motion to amend his petition for federal habeas relief, and a request for issuance of a Certificate of Appealability (Dkt. 42). Petitioner did not pay the appellate filing fee and costs or file a request to proceed *in forma pauperis*.

    The order Petitioner challenges is interlocutory in nature. Generally, pursuant to 28 U.S.C. § 1292, the courts of appeals have no jurisdiction over appeals from interlocutory orders, and this Court did not state that 28 U.S.C. § 1292(b) is applicable to the order from which an appeal is being taken.

    If a certificate of appealability is required for this appeal to proceed, Petitioner has not made the requisite showing for issuance of one. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Eagle v. Linahan*, 279 F.3d 926, 935 (11th Cir. 2001); *Franklin v. Hightower*, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam).

ACCORDINGLY, the Court **ORDERS** that the request for issuance of a Certificate of Appealability (Dkt. 42) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on January 4, 2007.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copy furnished to</u>:
*Pro se* Petitioner/Counsel of Record

SA:jsh